**This order is SIGNED.**

Dated: October 3, 2018




**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

*msc*

Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>NEWLEY BOWDEN WELCH<br><br>Debtor | CASE NO: 18-25346<br>Chapter 13<br>Hon. JOEL T. MARKER<br><br>Confirmation Hearing: October 02, 2018 |
|---|---|

### ORDER CONTINUING CONFIRMATION HEARING
### FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter 13 plan came before this Court on October 2, 2018 11:00 am. The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The Confirmation Hearing shall be rescheduled to the next available date by the clerk of the court.

The § 341 Meeting of Creditors shall be rescheduled to the next available date by the clerk of the court.

The deadline to file objections to exemptions is extended 30 days from the § 341 Meeting of Creditors.

The deadline to file complaints concerning discharge is extended 60 days from the § 341 Meeting of Creditors.

IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtor's plan may be denied and the case may be dismissed without futher notice or hearing.

The Debtor shall cure the delinquency in Plan payments totaling $1,180.98 on or before October 12, 2018, **and** be current on any plan payments accruing on or before this date or your case shall be dismissed without further notice and hearing.  The Debtor(s) must ensure that the payment is mailed (Standing Chapter 13 Trustee, 3111 Momentum Place, Chicago, IL 60689-5331), transmitted online (www.TFSbillpay.com), or in-person (MoneyGram locations) early enough to post by the deadline.

On or before October 30, 2018, the Debtor shall file with the Court and provide the Trustee with a copy of an amended Plan. If the Debtor fails to comply, the case will be dismissed without further notice or hearing.

On or before October 12, 2018, the Debtor shall file with the Court and provide the Trustee with a copy of pending orders to sustain the Motions to Dismiss. If the Debtor fails to comply, the case will be dismissed without further notice or hearing.

On or before October 30, 2018, the Debtors shall file with the the Utah State Tax Commission and provide the Trustee with a copy of the 2014, 2015, 2016 and 2017 tax returns. If the Debtor fails to comply, the case will be dismissed without further notice or hearing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on October 03, 2018.

DAVID L. FISHER,  ECF NOTIFICATION

/S/ Emily Hansen

## DESIGNATION OF PARTIES TO BE SERVED

CHAPTER 13 TRUSTEE - ECF NOTIFICATION

NEWLEY BOWDEN WELCH, 12556 SOUTH BRUNDISI WAY , HERRIMAN, UT  84096

DAVID L. FISHER, ECF Notification

*Order Continuing Confirmation*
*Case No. 1825346*